**Order entered September 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00195-CR
No. 05-18-00196-CR

**CODY WARDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause Nos. MA-1704576-N, MA-1761228-N**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the June 5, 2018 motion of Jeff P. Buchwald for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Jeff P. Buchwald as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Cody Warden, 4231 Clubhouse Place, Apt. 2322, Irving, Texas, 75036.

/s/     ROBERT M. FILLMORE
        JUSTICE